DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
Email: daniel@malakauskas.com

*Attorney for Plaintiff*: **Meryl Pomponio**

BENEDICT JOSEPH KOLLER, *Cal. Bar No.:107478*
LAW OFFICES OF BENEDICT J. KOLLER
PO Box 936
San Jose, CA 95108
Tel: 408-509-9152 / Fax: 408-947-7716
Email: benedict.koller@comcast.net

*Attorney for Defendants*: **JJ Foods Inc, and, Francisco Sepulveda**

JAMES I. FISHER, *Cal. Bar No.:95341*
LAW OFFICE OF JAMES I. FISHER
23520 Foley Street, Suite E
Hayward, CA 94545
Tel: 510-482-1900/ Fax: 510- 482-1717
Email: jifisher@outlook.com

*Attorney for Defendants*: **Seyoum Kebede, and, Alem Mamo**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MERYL POMPONIO,<br><br>             Plaintiff,<br><br>v.<br><br>**JJ FOODS INC**, as an entity and doing business as "Taqueria El Mezcal", **FRANCISCO SEPULVEDA**, as an individual and doing business as "Taqueria El Mezcal", **SEYOUM KEBEDE, ALEM MAMO**, and **DOES** 1-50, Inclusive,<br><br>             Defendants. | Case No.: 3:21-cv-09771-JCS<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date:  June 25th, 2022            /s/Daniel Malakauskas_____
                                                    By: Daniel Malakauskas, of,
                                                    MALAKAUSKAS LAW, APC,
                                                    Attorney for Plaintiff

Date:  June 25th, 2022            /s/Benedict Joseph Koller_____
                                                    By: Benedict Jospeh Koller, of,
                                                    LAW OFFICES OF BENEDICT J. KOLLER, Attorney for Defendants: ***JJ Foods Inc, and, Francisco Sepulveda***

Date:  June 25th, 2022            /s/James I. Fisher_____
                                                    By: James I. Fisher, of,
                                                    LAW OFFICE OF JAMES I. FISHER, Attorney for Defendants: ***Seyoum Kebede, and, Alem Mamo***